

FILED

NOV 15 2023

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:23-CR- *120* |
| v. | § | Judge *JDK/JDL* |
| | § | |
| RENE FLORES-VALLE | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 8 U.S.C. §§ 1326(a) and
(b)(2) (Illegal reentry following removal)

On or about November 8, 2023, in Smith County, Texas, in the Eastern District of
Texas, the defendant, **Rene Flores-Valle,** an alien, who had previously been removed
from the United States to Mexico on or about November 19, 2020, and who had not
received the consent of the Secretary of the Department of Homeland Security to re-apply
for admission, was found to be knowingly and unlawfully in the United States,

In violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL

_11-15-2023_
Date

_CSR_
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
DUSTIN FARAHNAK
Assistant United States Attorney

**Indictment - Page 2 of 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:23-CR-*120* |
| v. | § | Judge _____ |
| | § | |
| RENE FLORES-VALLE | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:             8 U.S.C. §§ 1326(a) and (b)(2) (Illegal reentry)

Penalty:               Imprisonment for not more than two years, a fine not
                       to exceed $250,000, or both; and supervised release of
                       not more than three years.

                       If the removal was subsequent to a conviction for a
                       felony, then imprisonment for not more than 10 years,
                       a fine not to exceed $250,000, or both; and supervised
                       release of not more than three years.

Special Assessment:    $100.00

**Indictment - Page 3 of 3**